Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
rherold@hinshawlaw.com
fguerrieri@hinshawlaw.com

Richard H. Herold (018396)
Felice F. Guerrieri (021107)
Attorneys for Defendant Credit Protection Association, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Darby, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Credit Protection Association, L.P., *et al.*<br><br>Defendants. | No. CV 07-01018 PHX JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff David Darby and Defendant Credit Protection Associations, L.P., the only remaining defendant in this action, through undersigned counsel, hereby stipulate to the dismissal of this matter in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 14th day of October, 2008.

SHADLE & WALSMA PLC

/s/ Felice F. Guerrieri (with permission)
Stephen P. Shadle, Esq.
Richard W. Files, Esq.
Attorneys for Plaintiff

23027984v1 859800 56331

HINSHAW & CULBERTSON LLP


/s/ Felice F. Guerrieri
Richard H. Herold
Felice F. Guerrieri
Attorneys for Defendant Credit Protection Association, L.P.

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of October, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen P. Shadle, Esq.
Richard W. Files, Esq.
Shadle & Walsma PLC
833 East Plaza Circle, Suite 200
Yuma, Arizona  85365
Attorneys for Plaintiff


By   /s/ Brittanni Cornelius