## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**David Darby**            v.      **Credit Protection Association, et al.**

HONORABLE JOHN W. SEDWICK      CASE NO: <u>2:07-cv-01018-JWS</u>

<u>PROCEEDINGS:</u>  **MINUTE ORDER FROM CHAMBERS**     DATE: October 15, 2008

       Based on the stipulation at docket 49 which resolved the only remaining dispute, the Clerk will please close this file.

_____